**Order Filed on October 24, 2025
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** |

| In Re: | Case No.: | 24-15694 |
|---|---|---|
| Giacobbe | Chapter: | 13 |
| | Hearing Date: | 10/22/25 |
| Debtor. | Judge: | Stacey L. Meisel |

**ORDER DENYING MOTION TO VACATE AUTOMATIC STAY AND CO-DEBTOR STAY**

The relief set forth on the following page numbered two (2) is **ORDERED**.

**DATED: October 24, 2025**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

| | |
|---|---|
| Debtor: | Gary E. Giacobbe |
| Case No.: | 24-15694 |
| Caption of Order: | Order Denying Motion to Vacate Automatic Stay and Co-Debtor Stay |
| Page: | 2 of 2 |

**THIS MATTER** having been brought before the Court on a ("**Motion to Vacate Automatic Stay and Co-Debtor Stay**") by Capital One Auto Finance, a division of Capital One, N.A.; this Court finds:

**WHEREAS** the Motion to Vacate Automatic Stay and Co-Debtor Stay is deficient for the following reason(s):

☐ **Failure to use required Local Forms.** *See* D.N.J. LBR 9009-1.

☐ **Failure to follow the requirements of Local Rule 9013-1, specifically:**

    ☐ **Failure to submit a notice of motion stating the date, time, and place of the hearing.** *See* D.N.J. LBR 9013-1(a)(1).

    ☐ **Failure to submit a certification containing the facts supporting the relief requested in compliance with D.N.J. LBR 7007-1.** *See* D.N.J. LBR 9013-1(a)(2).

    ☐ **Failure to submit a memorandum of law stating the legal basis for the relief requested, or a statement why a memorandum of law is unnecessary.** *See* D.N.J. LBR 9013-1(a)(3).

    ☐ **Failure to submit a proposed form of order.** *See* D.N.J. LBR 9013-4.

    ☐ **Failure to file a certification of service.** *See* D.N.J. LBR 9013-1(a)(5) and Local Form.

☒ **Failure to effectuate proper service.** *See* D.N.J. LBR 5005-1, Fed. R. Bankr. P. 2002, 9014, Fed. R. Bankr. P. 7004, and Fed. R. Bankr. P. 9010 as well as the Register of Governmental Units available on the Court's website.

☒ **Other:** Movant failed to serve parties who filed a notice of appearance.

It is hereby

**ORDERED** that the Motion to Vacate Automatic Stay and Co-Debtor Stay is denied without prejudice.